IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| TARON FOSTER | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about December 28, 2021 to on or about December 29, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TARON FOSTER,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, M&P Shield, 9mm semi-automatic pistol, bearing serial number RFK1117, loaded with three live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### TARON FOSTER

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

1. a Smith & Wesson, M&P Shield, 9mm semi-automatic pistol, bearing serial number RFK1117; and

2. three live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*[signature]*
JENNIFER ARBITTIER WILLIAMS
United States Attorney

2

No. _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TARON FOSTER

## INDICTMENT

Counts

18 U.S.C. § 922 (g) (1) (possession of a firearm by a felon – 1 count) Notice of forfeiture

A true bill.



Foreman

Filed in open court this 23 day,
of February A.D. 20 22

Clerk

Bail, $